UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, *ex rel.* L.R.,

Plaintiff,

v.

LINCARE, INC., and
LINCARE HOLDINGS, INC.,

Defendants.

Case No. 25-cv-00099-JPG

**JUDGMENT**

This matter having come before the Court, the plaintiff having voluntarily dismissed its action, and the United States and the Court having consented in writing,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as to the Relator and without prejudice as to the United States.

**DATED: August 20, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**